| | |
|---|---|
| 1<br>2<br>3<br>4 | BENJAMIN B. WAGNER<br>United States Attorney<br>JEAN M. HOBLER<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700 | **FILED**<br>FEB 1 4 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND PADILLA, JR.,<br><br>Defendant. | Case No.  2:10-CR-508 LKK<br><br>GOVERNMENT'S REQUEST TO UNSEAL INDICTMENT; ORDER THEREON |

The Indictment in this case was filed on December 8, 2010.  In light of its ongoing, covert investigation in the matter, the Government requested that the Indictment be sealed.  The Court granted that order.  The investigation has now progressed to the point that the Indictment's presence in the public record no longer poses a threat to the investigation.  Therefore, the Government now requests the Court order the Indictment, and all documents in this case, be unsealed.

Dated: February 14, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Jean M. Hobler
     JEAN M. HOBLER
     Assistant U.S. Attorney

1

## ORDER

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the Indictment and all other papers in the above-captioned proceeding be and are hereby unsealed.

Date: Feb 14, 2011

KENDALL J. NEWMAN
United States Magistrate Judge