**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA  95825**
**Tel:  (916) 974-3500**
**Fax: (916) 520-3497**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**RAYMOND PADILLA, JR.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITES STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**RAYMOND PADILLA, JR.,**<br><br>Defendant. | **CASE NO.   2:10-CR-508 FCD**<br><br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Based on the Stipulation of the Parties to this action, Good Cause Appearing this Court orders that that the status conference scheduled for March 7, 2011 at 10:00 am be continued to April 4, 2011, at 10:00 am for a further status conference so as to enable defendant's lawyer sufficient time to review more than 1500 hundred pages of discovery produced by the government so as to provide reasonable time to prepare.  It is further ordered that the time between March 7, 2011 and April 4, 2011, be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(7)(B) (iv) (Local Code T-4).   It is further ordered that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  March 3, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE