IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND PADILLA, JR.,<br><br>Defendant. | CASE NO.  2:10-CR-508 FCD<br><br>**ORDER ADDING SPECIAL CONDITION NO. 12 TO SPECIAL CONDITIONS OF RELEASE** |

Based on the Stipulation of the Parties to this action, Good Cause Appearing this Court hereby Orders that the defendant's Special Conditions of Release be amended adding as Special Condition 12 the following: "You shall submit to drug or alcohol testing as approved by the Pretrial Services Officer". Attached hereto as Exhibit A is the Second Amended Special Conditions of Release.  A copy of the revised conditions of release is attached hereto.

Dated: March 9, 2011.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

**STIPULATION AND PROPOSED ORDER ADDING SPECIAL CONDITION NO. 12 TO AMENDED SPECIAL CONDITIONS OF RELEASE**

## SECOND AMENDED
## SPECIAL CONDITIONS OF RELEASE

RE: Raymond Padilla, Jr.
Doc. No. 10-CR-508-FCD

You are ordered released on your own recognizance with pretrial services supervision and the following special conditions:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency in Sacramento on Thursday, February 24, 2011, at 9:00 a.m. for a post bail interview.

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence without the prior approval of the pretrial services officer;

4. You shall submit to DNA testing as directed by the U.S. Attorney's Office;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer.

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medications. However, medicinal marijuana, prescribed or not, may not be used;

8. You shall seek and/or maintain employment as approved by Pretrial Services and provide proof of the same as requested by your pretrial services officer;

**RE: Raymond Padilla, Jr.**

**EXHIBIT A**  **Page 1**

Page 2

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You shall surrender your passport to the Clerk of the Court and you shall not apply for any travel documents during the pendency of this case;

11. You shall not obtain any bank loans, credit cards, or any other lines of credit unless approved in advance by Pretrial Services; and,

12. **You shall submit to drug or alcohol testing as approved by the pretrial services officer.**

Date: February 25, 2011
(Added Condition No. 12)