1 | **DONALD H. HELLER, SBN 55717**
2 | **DONALD H. HELLER,**
  | **A Law Corporation**
3 | **701 University Avenue, Suite 100**
  | **Sacramento, CA  95825**
4 | **Tel:  (916) 974-3500**
5 | **Fax: (916) 520-3497**
  | **E-mail: dheller@donaldhellerlaw.com**
6 |
7 | **ATTORNEYS FOR DEFENDANT**
8 | **RAYMOND PADILLA, JR.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| UNITES STATES OF AMERICA | CASE NO.   2:10-CR-508 FCD |
|---|---|
| Plaintiff, | |
| vs. | **ORDER CONTINUING STATUS CONFERENCE** |
| RAYMOND PADILLA, JR., | |
| Defendant. | |

Based on the Stipulation of the Parties to this action, Good Cause Appearing this Court orders that that the status conference scheduled for May 23, 2011 at 10:00 am be continued to July 5, 2011, at 10:00 am for a further status conference so as to enable defendant's lawyer sufficient time to review more than 1500 hundred pages of discovery produced by the government so as to provide reasonable time to prepare. Counsel for the Mr. Padilla has been tied up in other matters and has not had the opportunity of completely reviewing the discovery in this matter and meeting and conferring with Mr. Padilla.  It is further ordered that the time between May 23, 2011 and July 5, 2011, be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(7)(B) (iv) (Local Code T-4).   It is further

1  ordered that the ends of justice served by this continuance outweigh the best interests of the
2  public and the defendant in a speedy trial.
3
4  Dated:  May 17, 2011
5
6  _____
   FRANK C. DAMRELL, JR.
7  UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Continuing Status Conference                                    Case No.   2:10-CR-508 FCD