IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF CALIFORNIA

| UNITES STATES OF AMERICA | CASE NO.  2:10-CR-508 FCD |
|---|---|
| Plaintiff, | |
| vs. | ORDER CONTINUING STATUS CONFERENCE |
| RAYMOND PADILLA, JR., | |
| Defendant. | |

Based on the Stipulation of the Parties to this action, wherein, the parties represent that Good Cause Appearing this Court orders that that the status conference scheduled for July 5, 2011, at 10:00 am be continued to September 12, 2011 at 10:00 am for change of plea.  The Court finds that the reasons for the continuance justified, that is, assistant U.S. Attorney Hobler is engaged in a jury trial before the Hon. Morrison C. England, *United States v. Popov,* Case No. 2:08-cr-00427, a case which it is anticipated will continue past July 5, 2011, the current hearing date; and that Ms. Hobler and Mr. Heller have been engaged in plea discussions which has resulted in a proposed plea agreement which Mr. Heller wishes to make change to and understandably because of Ms. Hobler's trial the attorneys have not been able to finalize the plea agreement.

 The Court further orders that  based on the above the time between July 5, 2011 and September 12, 2011, be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(7)(B) (iv) (Local Code T-4).

The Court further finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

1

Order Continuing Status Conference                    Case No.   2:10-CR-508 FCD

1  IT IS SO ORDERED.

3  Dated: June 27, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE