UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Kimberly J. Mueller
United States District Court Judge
Sacramento, California

        RE:  Raymond Padilla, Jr.
             Docket Number:  0972 2:10CR00508-001
             **PERMISSION TO TRAVEL**
             **OUTSIDE THE COUNTRY**

Your Honor:

Raymond Padilla, Jr. is requesting permission to travel to Brazil.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On January 23, 2012, Raymond Padilla, Jr. was sentenced for the offenses of 31 USC 5324(a)(3) – Structuring, and 31 USC 5317(c)(1) – Criminal Forfeiture.

**Sentence Imposed:**  15 months custody Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment.

**Dates and Mode of Travel:**  Mr. Padilla is awaiting the Court's permission before he purchases his airline ticket and makes hotel reservations.  He expects to travel sometime between June 9, 2014, and June 30, 2014.

**RE:** **Raymond Padilla Jr**
**Docket Number: 0972 2:10CR00508-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** To attend the FIFA World Cup with his family.

Respectfully submitted,

*/s/ Kris M. Miura*

**KRIS M. MIURA**
**United States Probation Officer**

Dated:   April 9, 2014
         Elk Grove, California
         KMM/sda

**REVIEWED BY:**   */s/ Deborah A. Spencer*
                   **Deborah A. Spencer**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

**Date  April 10, 2014**                    UNITED STATES DISTRICT JUDGE

2

REV.  09/2013
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX